IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01920-REB-KLM

SHIRLEY A. COLLINS,

       Plaintiff,

v.

ACADEMY SCHOOL DISTRICT 20, doing business as Antelope Trails Elementary School,

       Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

       This matter is before the Court on the parties' **Joint Motion to Vacate and Reset the October 25, 2012 Scheduling Conference** [Docket No. 10; Filed October 19, 2012] (the "Motion").

       IT IS HEREBY **ORDERED** that the Scheduling Conference set for October 25, 2012 at 10:30 a.m. is **VACATED** and **RESET** for **February 4, 2013** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

       IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **January 30, 2013**.

       Dated:  October 19, 2012