**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01920-REB-KLM

SHIRLEY A. COLLINS,

    Plaintiff,

v.

ACADEMY SCHOOL DISTRICT 20, doing business as Antelope Trails Elementary School,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation To Dismiss With Prejudice** [#13][1] filed January 10, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation To Dismiss With Prejudice** [#13] filed January 10, 2013, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated January 11, 2013, at Denver, Colorado.

                                                       BY THE COURT:

                                                       *[signature: Bob Blackburn]*
                                                       Robert E. Blackburn
                                                       United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.